IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

IN RE: ARREST OF RICHARD COLEMAN

RELEASE ORDER

WIWD: 22-mc-11-slc

ILND: 21-06687-hdl

IT IS ORDERED that:

(1) Richard Coleman is RELEASED from custody on the Writ of Body Attachment issued against him by the U.S. District Court for the Northern District of Illinois; and

(2) Richard Coleman shall appear before the Hon. Harry D. Leinenweber, on January 25, 2023 at 9:30 a.m., Courtroom 1844, Dirksen U.S. District Courthouse, 219 S. Dearborn Street, Chicago, IL.

Entered this 21st day of December, 2022.

BY THE COURT:

STEPHEN L. CROCKER
Magistrate Judge

Case: 3:22-mc-00011-slc   Document #: 3   Filed: 12/21/22   Page 2 of 2